IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| **BARRON'S OUTFITTERS, INC.,** )<br>)<br>    Plaintiff,    )<br>)<br>v.                    )<br>)<br>**CFN CAPITAL, LLC d/b/a CAPITAL** )<br>**FUNDS NETWORK, LLC,** )<br>)<br>    Defendant.    ) | Civil Action No.:  3:14-cv-02073-MGL |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Barron's Outfitters, Inc. ("Barron's") hereby voluntarily dismisses this action in its entirety without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

 /s/  Lance S. Boozer                              .
Lance S. Boozer (Fed ID # 10418)(SC Bar# 75803)

**PLAINTIFF'S COUNSEL:**

**THE BOOZER LAW FIRM, LLC**
807 Gervais Street
Suite 203
Columbia, SC  29201
Telephone:  (803) 608-5543
Facsimile:  (803) 926-3463
Email:      lsb@boozerlawfirm.com